B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

_____Eastern___ District Of _Pennsylvania_____

In re Patrick J. Scully_____,     Case No. _17-12746-elf_____

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**
**(Servicing Rights Only)**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| _Carrington Mortgage Services, LLC_ | Bank of America, N.A._____ |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

Court Claim # (if known): 4-1
Amount of Claim: $ 169,637.62
Date Claim Filed: August 9, 2017

Phone: _800-561-4567_____
Last Four Digits of Acct #: _4257_____

Phone: _(800) 669-6607_____
Last Four Digits of Acct. #: _9714_____

Name and Address where transferee payments should be sent (if different from above):
Carrington Mortgage Services, LLC
P.O. Box 3730
Anaheim, CA 92806

Phone: 800-561-4567_____
Last Four Digits of Acct #: _4257_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Dean R. Prober_____      Date: November 8, 2017_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Roger Soria, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 12/4/17, I served the within Transfer of Claim Other than for Security on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Patrick J. Scully
178 Bridge Street
Drexel Hill, PA 19026
Debtor

David H. Lang, Esquire
Law Offices of David H. Lang
230 North Monroe Street
Media, PA 19063
Attorney for Debtor

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 12/4/17 at Woodland Hills, California.

/s/ Roger Soria